IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. S-07 MJ 0313 KJM |
| vs. | |
| DAVID BISHOP, DONALD FOWLER, JOSEPH LEONE, and KENDRA JACKSON, | ORDER |
| Defendants. | |

GOOD CAUSE SHOWING, the Clerk of the Court is directed to seal the Order filed as Docket No. 3, and to file in its place a redacted copy of the Order, provided herewith. The Clerk of the Court also is directed to seal the documents filed as Docket No. 6, as well as Exhibits B, E, F and G, attached to the motion filed as Docket No. 17. Counsel in this matter is directed to treat the documents covered by this order, and any copies that have been made of the documents, as sealed documents for use in this litigation only.

IT IS SO ORDERED.

DATED: October 18, 2007.

U.S. MAGISTRATE JUDGE

bishop.sealing

1