UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
FILED
October 18, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Kendra Jackson, ) <br> ) <br> Defendant. ) | Case No. 2:07-mj-313 KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Kendra Jackson  Case  2:07-mj-313 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $50,000 to be co-signed by Dallas Tillis.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  10/18/07  at  11:49 a.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge