| | |
|---|---|
| 1 | GILBERT A. ROQUE |
| | Attorney at Law |
| 2 | California State Bar Number 074966 |
| | 913 Court Street |
| 3 | Woodland, California 95695 |
| | (530) 666-1935 |
| 4 | |
| 5 | Attorney for KENDRA C. JACKSON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-mj-313-KJM |
| | ) | |
| Plaintiff, | ) | *AMENDED* APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 |
| vs. | ) | |
| | ) | |
| KENDRA C. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Kendra C. Jackson hereby requests an order for transportation and subsistence costs pursuant to Title 18, United States Code, Section 4285.

Ms. Jackson qualifies financially for representation by the Criminal Justice Act Panel and is unable to afford her own transportation from her residence in Sacramento, California, to the District of Hawaii, Honolulu, Hawaii, for a hearing on November 14, 2007, at 2:30 p.m., in case number 07-516-JMS, and return from Honolulu, Hawaii, to Sacramento, California.

DATED: November 6, 2007          Respectfully submitted,


                                 __/s/_____
                                 GILBERT A. ROQUE, Attorney for
                                 Defendant KENDRA C. JACKSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-mj-313-KJM |
| ) | |
| Plaintiff, ) | ORDER FOR TRANSPORTATION AND SUBSISTENCE |
| ) | |
| vs. ) | |
| ) | |
| KENDRA C. JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO: UNITED STATES MARSHALS SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above-named defendant, Kendra Jackson, with transportation and subsistence expenses for travel from Sacramento, California, to Honolulu, Hawaii, for a hearing in the United States District Court for the District of Hawaii on November 14, 2007, at 2:30 p.m., in case number 07-516-JMS. Ms. Jackson will have to meet with her attorney the day before the hearing. It will be necessary for Ms. Jackson to arrive in Honolulu, Hawaii, on November 13, 2007, in order to timely make her appointment with counsel and her court appearance by 2:30 p.m. on November 14, 2007. Ms. Jackson will also need return transportation back to her residence in Sacramento, California, on November 14, 2007. The United States Marshal must also furnish Ms. Jackson with money for subsistence expenses to her destination and return, not to exceed the amount authorized as a per diem allowance for travel under Title 5, United States Code, Section 5702(a). This order is authorized pursuant to Title 18, United States Code, Section 4285.

IT IS SO ORDERED.

DATED: November 7, 2007.

_____
U.S. MAGISTRATE JUDGE